UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MATEO Q.,

Petitioner,

v.

PAMELA JO BONDI, Attorney General of the United States; KRISTI NOEM, Secretary of the Department of Homeland Security; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement,

Respondents.

Case No. 26-CV-1386 (PJS/SGE)

ORDER

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to petitioner's petition for a writ of habeas corpus by no later than February 15, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of petitioner's detention in light of the issues raised in the petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If petitioner intends to file a reply to respondents' answer, petitioner must do so by no later than February 17, 2026.

4. Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated: February 12, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court