# UNITED STATES DISTRICT COURT
## District of Minnesota

Mateo Quinones Guerrero,

Petitioner,

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons,
David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1386 PJS/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. Respondents are ORDERED to release petitioner from custody by February 25, 2026, at 5:30 pm. If petitioner is not in Minnesota, respondents must return petitioner to Minnesota before releasing him.

3. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/23/2026

KATE M. FOGARTY, CLERK